ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2017 APR 21 PM 3: 15
CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| JAMES EDWARD SMITH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 317-016 |
| ) | |
| VANCE LAUGHLIN, Warden, ) | |
| ) | |
| Respondent. ) | |

### ORDER

The above-captioned petition for a writ of habeas corpus, was filed in the Dublin Division of the United States District Court for the Southern District of Georgia. However, the petition, filed pursuant to 28 U.S.C. § 2254, challenges a judgment of conviction that was entered in the Superior Court of Screven County, Georgia. As Screven County is located within the Statesboro Division of the Southern District of Georgia, this case properly belongs in that Division. Accordingly, the Court **TRANSFERS** the case to the Statesboro Division as Civil Action Number __CV 617-053__. All future filings in this case should be made with the Clerk, U.S. District Court, P.O. Box 8286, Savannah, Georgia 31412.

SO ORDERED this 21st day of April, 2017, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE